No. 835. GREENE ET AL. *v.* UNIACKE. April 27, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. George C. Bedell* for petitioners. *Messrs. Peter O. Knight* and *A. G. Turner* for respondent.

No. 888. RADIO CORPORATION OF AMERICA *v.* DEFOREST RADIO Co. April 27, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. John W. Davis, Thurlow M. Gordon, Manton Davis, Stephen H. Philbin,* and *Porter R. Chandler* for petitioner. *Mr. Samuel E. Darby, Jr.,* for respondent.

No. 756. NORTH STAR CHEMICAL WORKS, INC., *v.* UNITED STATES. May 4, 1931. Petition for writ of certiorari to the Court of Claims denied. *Mr. Raymond M. Hudson* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Claude R. Branch, Paul D. Miller, William W. Scott,* and *H. Brian Holland* for the United States.

No. 823. MAHUTGA *v.* MINNEAPOLIS, ST. PAUL & SAULT STE. MARIE RY. Co. May 4, 1931. Petition for writ of certiorari to the Supreme Court of Minnesota denied. *Mr. Samuel A. Anderson* for petitioner. *Messrs. Henry S. Mitchell* and *John E. Palmer* for respondent.

No. 825. WROE *v.* BASS, COLLECTOR OF INTERNAL REVENUE. May 4, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.